## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**07 CR 10209 RGS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | )  CRIMINAL NO.: |
|  | ) |
| PHILIP LEO CAMPANIRIO, | )  Count 1, 3 - 6: 18 U.S.C. §2113(a) |
| Defendant. | )  Bank Robbery |
|  | )  Counts 2: 18 U.S.C. §2113(a) |
|  | )  Attempted Bank Robbery |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury charges that:

On or about June 10, 2006, at Seekonk, Massachusetts, in the District of Massachusetts,

### PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $1,979.00, money belonging to, and in the care, custody,

control, management and possession of, Sovereign Bank, 21 Central Avenue, Seekonk,

Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance

Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT TWO**: 18 U.S.C. § 2113(a) – Attempted Bank Robbery

The Grand Jury further charges that:

On or about June 19, 2006, at Seekonk, Massachusetts, in the District of Massachusetts,

## PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did attempt to take from the

person and presence of another, money belonging to, and in the care, custody, control,

management and possession of, Sovereign Bank, 21 Central Avenue, Seekonk, Massachusetts,

the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT THREE**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about June 23, 2006, at Mansfield, Massachusetts, in the District of Massachusetts,

## PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $1,877.00, money belonging to, and in the care, custody,

control, management and possession of, Citizens Bank, 377 Chauncy Street, Mansfield,

Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance

Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT FOUR**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about June 23, 2006, at Mansfield, Massachusetts, in the District of Massachusetts,

## PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $2,000.00, money belonging to, and in the care, custody,

control, management and possession of, Citizens Bank, 377 Chauncy, Mansfield, Massachusetts,

the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT FIVE**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about July 7, 2006, at Plainville, Massachusetts, in the District of Massachusetts,

## PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $603.00, money belonging to, and in the care, custody,

control, management and possession of, Citizens Bank, 109 Taunton Avenue, Plainville,

Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance

Corporation.

All in violation of Title 18, United States Code, § 2113(a).

**COUNT SIX**: 18 U.S.C. § 2113(a) – Bank Robbery

The Grand Jury further charges that:

On or about July 8, 2006, at Attleboro, Massachusetts, in the District of Massachusetts,

## PHILIP LEO CAMPANIRIO,

the defendant herein, by force and violence and by intimidation, did take from the person and

presence of another approximately $979.00, money belonging to, and in the care, custody,

control, management and possession of, Citizens Bank, 467 Pleasant Street, Attleboro,

Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance

Corporation.

All in violation of Title 18, United States Code, § 2113(a).

A TRUE BILL:

_Emily A. Madorrori_
FOREMAN OF THE GRAND JURY

_P/1 R M_
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; June 20, 2007, at ___/:52 p.m.___ .

Returned into the District Court by the Grand Jurors and filed.

_Karen Folan_
DEPUTY CLERK